**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6332**

———————

WILLIAM IRVIN MARABLE, SR.,

                                        Plaintiff - Appellant,

        versus

LEWIS W. BARLOW; JAMES W. GARNETT; D. TYSON,
Medical; MRS. WINN, Medical,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-97-209-A)

———————

Submitted:  July 22, 1998            Decided:  August 6, 1998

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

William Irvin Marable, Sr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Irvin Marable, Sr., filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Parties to civil actions have thirty days within which to file in the district court notices of appeal from judgments or final orders. Fed. R. App. P. 4(a)(1). The only exceptions to the appeal period are when the district court extends the time to appeal under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).

The district court entered its order on July 11, 1997; Marable's notice of appeal was filed on February 10, 1998, which is beyond the thirty-day appeal period. Marable's failure to note a timely appeal or obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of Marable's appeal. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED